AO 440 (Rev. 05/00) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

HENRY JOHNSON

V.

ATLANTIC RECOVERY SOLUTIONS, LLC

CASE NUMBER: 1:19-cv-06982

ASSIGNED JUDGE: Hon. Virginia M. Kendall

DESIGNATED MAGISTRATE JUDGE: Hon. M. David Weisman

TO: (Name and address of Defendant)

ATLANTIC RECOVERY SOLUTIONS, LLC
C/O REGISTERED AGENT
REGISTERED AGENTS INC
1900 E GOLF ROAD STE 950A
SCHAUMBURG, IL 60173

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph S. Davidson
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_(signature)_

(By) DEPUTY CLERK



October 23, 2019

DATE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-06982

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Henry Johnson v Atlantic Recovery Solutions, LLC
was received by me on *(date)* 11/01/2019 .

☐ I personally served the summons on the individual at *(place)* 1900 E. Golf Rd., Ste 950A, Schaumburg, IL
on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Vicky Firevic , who is
designated by law to accept service of process on behalf of *(name of organization)*
Atlantic Recovery Solutions, LLC on *(date)* 11/06/2019 ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/07/2019

*Server's signature*

Jose Bizcarrando - Process Server
*Printed name and title*

R.O.S. Consulting, Inc
23900 W. Industrial Drive, Suite 3
Plainfield, IL 60585
*Server's address*

Additional information regarding attempted service, etc: