**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HENRY JOHNSON, | |
| Plaintiff, | Case No. 1:19-cv-06982 |
| v. | Honorable Virginia M. Kendall |
| ATLANTIC RECOVERY SOLUTIONS, LLC, | Honorable M. David Weisman Magistrate Judge |
| Defendant. | |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on January 16, 2020 at 9:00 a.m., the undersigned will appear before the Honorable Virginia M. Kendall at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Courtroom 2503, Chicago, Illinois 60604 and will then and there present **PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT** at which time you may appear, if you so choose.

*/s/ Joseph S. Davidson*

Mohammed O. Badwan
Joseph S. Davidson
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
mbadwan@sulaimanlaw.com
jdavidson@sulaimanlaw.com